***E-FILED - 7/3/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LYNN COBB, | No. C 06-6372 RMW (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

 This civil rights action has been dismissed without prejudice. A judgment of dismissal without prejudice is entered in favor of defendants. The clerk shall close the file.

 IT IS SO ORDERED.

DATED: __7/1/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.06\Cobb372disrem