*E-FILED - 8/12/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY L. COBB, | No. C 06-6372 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ENLARGEMENT OF TIME |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |
| _____ / | (Docket No. 21) |

Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's application for an enlargement of time to file his amended complaint. Plaintiff is hereby GRANTED an extension of time in which to file his amended complaint. Plaintiff shall file his amended complaint or notify the court of his intent to proceed with the original complaint on or before **thirty (30) days** from the date this order is filed**.**

This order terminates docket no. 21.

IT IS SO ORDERED.

Dated:   8/12/11                           /s/ Ronald M. Whyte
                                                     RONALD M. WHYTE
                                                     United States District Judge

Order Granting Plaintiff's Application for an Enlargement of Time
P:\PRO-SE\SJ.Rmw\CR.06\Cobb372eot-ac.wpd

United States District Court
For the Northern District of California