1
2
3    **E-FILED on 8/30/12**
4
5
6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
    JERRY L. COBB,                          )     No. C 06-6372 RMW (PR)
12                                          )
              Plaintiff,                    )     JUDGMENT
13                                          )
      vs.                                   )
14                                          )
                                            )
15  JEANNE WOODFORD, et al.,                )
                                            )
16            Defendants.                   )
                                            )
17
         This civil rights action has been dismissed without prejudice for failure to exhaust. A
18
    judgment of dismissal without prejudice is entered in favor of defendants. The clerk shall close
19
    the file.
20
         IT IS SO ORDERED.
21
    DATED: 8/30/12                                *signature*
22                                                RONALD M. WHYTE
                                                  United States District Judge
23
24
25
26
27
28

Order of Dismissal
P:\pro-se\sj.rmw\cr.06\Cobb372disrem

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LYNN COBB,<br><br>        Plaintiff,<br><br>  v.<br><br>JEANNE WOODFORD et al,<br><br>        Defendant. / | Case Number: CV06-06372 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry L. Cobb J57654
Ironwood State Prison
B1-104L
P.O. Box 2199
Blythe, CA 92226

Dated: August 30, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk