**E-FILED on 8/30/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY L. COBB, | ) | No. C 06-6372 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| JEANNE WOODFORD, et al., | ) | |
| Defendants. | ) | |

    This civil rights action has been dismissed without prejudice for failure to exhaust. A judgment of dismissal without prejudice is entered in favor of defendants. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: __8/30/12__

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.06\Cobb372disrem

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JERRY LYNN COBB,

        Plaintiff,

  v.

JEANNE WOODFORD et al,

        Defendant.

Case Number: CV06-06372 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry L. Cobb J57654
Ironwood State Prison
B1-104L
P.O. Box 2199
Blythe, CA 92226

Dated: August 30, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk